# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Manuel N. M., | |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING WRIT OF HABEAS CORPUS** |
| v. | |
| Kirsti Noem, et al., | Civil File No. 26-224 (MJD/DJF) |
| Respondents. | |

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Counsel for Petitioner, Adriano L.V.

Ana H. Voss, Julie T. Le, Assistant United States Attorneys, Counsel for Federal Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated January 23, 2026. There were no objections to the Report and Recommendation.

Pursuant to statute, the Court conducted a de novo review upon the record. 28 U.S.C. §636(b)(1); D. Minn. LR 72.2(b). Based upon that review,

the Court adopts the Report and Recommendation of Magistrate Judge Foster dated January 23, 2026.

Accordingly, based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated January 23, 2026 **[Docket No. 7]**.

2. Petitioner Manuel N. M.'s Petition for a Writ of Habeas Corpus **[Docket No. 1]** is **GRANTED as follows:**

    A. Respondents are ordered to return Petitioner to Minnesota immediately if he is still in ICE custody and release Petitioner upon his return;

    B. Within seven days of this Order, the parties shall provide the Court with a status update concerning the release and return of Petitioner pursuant to this Order; and

    C. Respondents are ordered to reimburse Petitioner his reasonable costs and fees pursuant to the Equal Access to Justice Act, 28 U.S.C. **§** 2412.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 29, 2026            s/Michael J. Davis
                                    Michael J. Davis
                                    United States District Court

2