**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Manuel Gustavo Navos Morocho

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Pamela Bondi, David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00224-MJD-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Dulce J. Foster dated January 23, 2026 **[Docket No. 7]**.

2. Petitioner Manuel N. M.'s Petition for a Writ of Habeas Corpus **[Docket No. 1]** is **GRANTED as follows:**

   A. Respondents are ordered to return Petitioner to Minnesota immediately if he is still in ICE custody and release Petitioner upon his return;

   B. Within seven days of this Order, the parties shall provide the Court with a status update concerning the release and return of Petitioner pursuant to this Order; and

   C. Respondents are ordered to reimburse Petitioner his reasonable costs and fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Date: 1/30/2026

KATE M. FOGARTY, CLERK