# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Manuel N.M.,

        Petitioner,

v.                                  **ORDER DISMISSING WRIT OF HABEAS CORPUS**

                                            Civil File No. 26-00224 (MJD/DJF)

Kristi Noem, et al.,

        Defendants.

Graham Blair Ojala-Barbour, Ojala-Barbour Law Firm, Counsel for Petitioner.

David R. Hackworthy, Assistant United States Attorney, Counsel for Respondents.

On January 29, 2026, the Court granted Petitioner Manuel N.M.'s Petition for Writ of Habeas Corpus. **[Doc. 9.]** As part of that Order, the parties were required to immediately return Petitioner to Minnesota and release him upon his return.

On February 7, 2026, the Respondents provided a status update informing the Court that Petitioner Manuel N.M. was released on January 13, 2026. **[Doc. 12.]**

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Manuel N.M.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 11, 2026              s/Michael J. Davis
                                       Michael J. Davis
                                       United States District Court