**UNITED STATES DISTRICT COURT**

**District of Minnesota**

Manuel Gustavo Navos Morocho

Petitioner,

v.

Kristi Noem, Todd M. Lyons, Pamela Bondi,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00224-MJD-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Manuel N.M.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date:2/11/2026

KATE M. FOGARTY, CLERK